rehearing is granted. The second petition for rehearing is denied. 314 U. S. 710.

No. 1023, October Term, 1940. PICKETT, GENERAL CHAIRMAN, v. UNION TERMINAL CO.;

No. 112. WILLIAMS ET AL. v. JACKSONVILLE TERMINAL CO.; and

No. 206. D'OENCH, DUHME & CO., INC. v. FEDERAL DEPOSIT INSURANCE CORP. March 30, 1942. Petitions for rehearing denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of these applications.

Nos. 287 and 288. KEEFE ET AL. v. BLOOMFIELD VILLAGE DRAIN DISTRICT ET AL.;

No. 289. KEEFE ET AL. v. MARTIN DRAIN AND BRANCHES DRAIN DISTRICT ET AL.;

No. 290. KEEFE ET AL. v. CENTER LINE RELIEF DRAIN DISTRICT ET AL.; and

No. 291. KEEFE ET AL. v. NINE-MILE-HALFWAY DRAIN DISTRICT ET AL. March 30, 1942. 314 U. S. 649, 650.

No. 829. BRADY ET AL. v. BEAMS ET AL. March 30, 1942.

No. 834. DOW v. ICKES, SECRETARY OF THE INTERIOR, ET AL. March 30, 1942.

No. 849. NOVICK v. UNITED STATES. March 30, 1942.

No. 863. MELVILLE ET AL., TRUSTEES, ET AL. v. WEYBREW ET AL. March 30, 1942.